IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA RAILROAD CORPORATION,<br><br>    Plaintiff,<br><br> vs.<br><br>FLYING CROWN SUBDIVISION ADDITION NO 1 AND ADDITION NO. 2 PROPERTY OWNERS ASSOCIATION,<br><br>    Defendant. | Case No. 3:20-cv-00232-JMK<br><br>**ORDER GRANTING EXTENSION OF TIME** |

After considering Defendant Flying Crown Subdivision Addition No. 1 and Addition No. 2 Property Owners Association's Unopposed Motion for Extension of Time to Respond to Complaint, the Court GRANTS the motion. Defendant's response to the Complaint shall be due on or before November 11, 2020.

IT IS SO ORDERED this 9th day of October, 2020, at Anchorage, Alaska.

                */s/ Joshua M. Kindred*
                JOSHUA M. KINDRED
                United States District Judge