Michael C. Geraghty, ABA#7811097
Email: Geraghty@oles.com
William G. Cason, ABA#2009083
Email: Cason@oles.com

*Attorneys for Alaska Railroad Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA RAILROAD CORPORATION,<br><br>                Plaintiff,<br><br>   v.<br><br>FLYING CROWN SUBDIVISION ADDITION NO. 1 AND ADDITION NO. 2 PROPERTY OWNERS ASSOCIATION, A NON-PROFIT; and also all other Persons or Parties Unknown Claiming a Right, Title, Estate, Lien, or Interest in the Real Estate Described in the Complaint in this Action,<br><br>                Defendant. | Case No. 3:20-cv-00232-JMK |

## NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that William G. Cason of Oles Morrison Rinker & Baker LLP shall appear as co-counsel of record for plaintiff Alaska Railroad Corporation, in the above-captioned action. This *Notice of Appearance* is intended to supplement, and not to replace, Michael C. Geraghty.

**OLES MORRISON RINKER & BAKER LLP**
188 W. Northern Lights Blvd., Suite 1020
Anchorage, Alaska 99503-3985
Tel: (907) 258-0106   Fax: (907) 258-5519

**NOTICE OF APPEARANCE** - Page 1 of 2
*Alaska Railroad Corporation v. Flying Crown Homeowners' Association*, Case No. 3:20-cv-00232-JMK

Case 3:20-cv-00232-JMK   Document 9   Filed 10/12/20   Page 1 of 2

OLES MORRISON RINKER & BAKER LLP  
Attorneys for Plaintiff

Dated: October 12, 2020     By:  *s/* William G. Cason
                                Michael C. Geraghty, ABA#7811097
                                William G. Cason, ABA#2009083

<u>CERTIFICATE OF SERVICE</u>
I hereby certify that on October 12, 2020, a copy of the foregoing document was served electronically on the following party(ies):

Donald W. McClintock, III
Eva Rivka Gardner
*Attorneys for Flying Crown Subdivision*

OLES MORRISON RINKER & BAKER LLP

<u>s/Filing Attorney Name</u>

4831-2495-2502, v. 11

**NOTICE OF APPEARANCE** - Page 2 of 2
*Alaska Railroad Corporation v. Flying Crown Homeowners' Association*, Case No. 3:20-cv-00232-JMK

Case 3:20-cv-00232-JMK   Document 9   Filed 10/12/20   Page 2 of 2

OLES MORRISON RINKER & BAKER LLP
188 W. Northern Lights Blvd., Suite 1020
Anchorage, Alaska 99503-3985
Tel: (907) 258-0106   Fax: (907) 258-5519