ASHBURN & MASON, P.C.
Donald W. McClintock
Eva R. Gardner
1227 West 9th Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 276-4331
Fax: (907) 277-8235
E-mail: don@anchorlaw.com
E-mail: eva@anchorlaw.com

THOMAS E. MEACHAM, ATTORNEY AT LAW
Thomas E. Meacham
9500 Prospect Drive
Anchorage, Alaska 99507
Telephone (907)346-1077
E-mail: tmeacham@gci.net

Attorneys for Defendant Flying Crown Subdivision Addition No. 1
and Addition No. 2 Property Owners Association

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA RAILROAD CORPORATION., <br><br> Plaintiff, <br><br> v. <br><br> FLYING CROWN SUBDIVISION ADDITION NO. 1 AND ADDITION NO. 2 PROPERTY OWNERS ASSOCIATION, a non-profit corporation; and also, all other Persons or Parties Unknown Claiming a Right, Title, Estate, Lien, or Interest in the Real Estate Described in the Complaint in this Action, <br><br> Defendants. | Case No. 3:20-cv-00232-JMK <br><br><br> **NOTICE OF ERRATA TO ANSWER** |

Defendant Flying Crown Subdivision Addition No. 1 and Addition No. 2 Property Owners Association ("FCHA") gives notice of a clerical error in its Answer. [Docket 11] Page 6, Item B in the Prayer for Relief, which requests an award of attorney's fees and

costs, incorrectly references "Plaintiff" instead of "Defendant." FCHA is concurrently filing a corrected Answer that fixes this error and makes no other changes.

DATED this November 23, 2020.

>Ashburn & Mason, P.C.
>Co-Counsel for Defendants
>
>By: s/Donald W. McClintock
>    Donald W. McClintock
>    Alaska Bar No. 8108061
>
>By: s/Eva R. Gardner
>    Eva R. Gardner
>    Alaska Bar No. 1305017
>
>Thomas E. Meacham, Attorney at Law
>Co-Counsel for Defendants
>
>By: s/Thomas E. Meachum
>    Thomas E. Meacham
>    Alaska Bar No. 7111032

CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2020, I filed a true and correct copy of the foregoing document with the Clerk of Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No. 3:20-cv-000232-JMK who are registered CM/ECF users will be served by the CM/EFC system.

ASHBURN & MASON, P.C.
By: s/ Heidi A. Wyckoff
    Heidi A. Wyckoff

**ERRATA TO ANSWER TO COMPLAINT**  **PAGE 2 OF 2**
*Alaska Railroad Corp. vs. Flying Crown, Case No. 3:20-cv-00232-JMK*