Matt Mead
David A. Wilkinson
Landye Bennett Blumstein LLP
701 W. 8th Ave, Ste. 1200
Anchorage, AK 99501
Tel: (907) 276-5152
Fax: (907) 276-8433
Email: mattm@lbblawyers.com
Email: davidw@lbblawyers.com

*Attorneys for Proposed Intervenor-Defendants*
*ENSTAR Natural Gas Company, a division of SEMCO Energy, Inc., and Alaska*
*Pipeline Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ALASKA RAILROAD CORPORATION,

    Plaintiff,

    vs.

FLYING CROWN SUBDIVISION
ADDITION NO. 1 AND ADDITION NO.
2 PROPERTY OWNERS
ASSOCIATION,

    Defendant.

Case No. 3:20-cv-00232-JMK

**MOTION OF ENSTAR NATURAL GAS COMPANY, A DIVISION OF
SEMCO ENERGY, INC., AND ALASKA PIPELINE COMPANY TO
INTERVENE AS DEFENDANTS OR, IN THE ALTERNATIVE, TO
PARTICIPATE AS AMICI CURIAE**

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Under Federal Rule of Civil Procedure 24, ENSTAR Natural Gas Company, a division of SEMCO Energy, Inc., and Alaska Pipeline Company (collectively, ENSTAR) jointly seek the Court's permission to intervene as defendants in this action. The proposed intervenor-defendants are jointly regulated public natural gas utilities, and certain of their pipelines run within the Alaska Railroad Corporation's (the Railroad's) transportation corridor.

ENSTAR has a significant interest in the question of law at issue in this matter—namely, whether and to what extent the Railroad has a valid claim to exclusive use in easements conveyed to it through the Alaska Railroad Transfer Act. Based on the same exclusive use easement claim made in its quiet title action, the Railroad has required ENSTAR to obtain its permission and pay it rent in order to run utilities through the land underlying the transportation corridor. ENSTAR seeks to intervene to defend against the Railroad's overly broad argument that it holds exclusive use easements and to ensure that ENSTAR's ratepayers do not continue to bear the expense of permits and rents unjustly demanded by the Railroad. ENSTAR further seeks restitution of those amounts received by the Railroad under its claim to an exclusive use easement.

Should the Court deny ENSTAR's request to intervene, ENSTAR asks for leave to participate as amici curiae and to file memoranda addressing positions taken by the parties in dispositive motions, including filing an amicus brief in opposition to the

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Railroad's summary judgment motion.[1] ENSTAR's amicus briefing will demonstrate the broad implications of the Railroad's asserted exclusive use easements, which extend beyond disputes with underlying fee owners and provide the basis for the Railroad's permit and rent requirements for utilities.

When contacted, counsel for Defendant Flying Crown indicated it does not oppose ENSTAR's intervention or amicus participation. Counsel for the Railroad took no position.

This motion is supported by the attached memorandum and attached declaration of John Sims with exhibits. Lodged with this motion are a proposed answer and a proposed order.

DATED December 16, 2020.

LANDYE BENNETT BLUMSTEIN LLP
Attorneys for Proposed Intervenor-Defendants
ENSTAR Natural Gas Company, a division of
SEMCO Energy, Inc., and Alaska Pipeline
Company

By:      /s/ Matt Mead
Matt Mead, Alaska Bar No. 0711095

By:      /s/ David A. Wilkinson
David A. Wilkinson, Alaska Bar No. 1211136

---

[1]      Docket No. 13, Mot. for Summ. J., Nov. 20, 2020.

**MOT. OF ENSTAR NATURAL GAS CO., A DIV. OF SEMCO ENERGY, INC., & ALASKA PIPELINE CO.      PAGE 3 OF 4**
**TO INTERVENE AS DEFS. OR, IN THE ALTERNATIVE, TO PARTICIPATE AS AMICI CURIAE**
*Alaska Railroad Corp. v. Flying Crown*, Case No. 3:20-cv-00232-JMK

Certificate of Service

I hereby certify that on December 16, 2020, I filed a true and correct copy of the foregoing document with the Clerk of Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No. 3:20-cv-00232-JMK who are registered CM/ECF users will be served by the CM/ECF system.

LANDYE BENNETT BLUMSTEIN LLP
By:   /s/ Dana Cupp
      Dana Cupp

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

MOT. OF ENSTAR NATURAL GAS CO., A DIV. OF SEMCO ENERGY, INC., & ALASKA PIPELINE CO.          PAGE 4 OF 4
TO INTERVENE AS DEFS. OR, IN THE ALTERNATIVE, TO PARTICIPATE AS AMICI CURIAE
*Alaska Railroad Corp. v. Flying Crown*, Case No. 3:20-cv-00232-JMK