# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

ALASKA RAILROAD CORPORATION,

Plaintiff,

vs.

FLYING CROWN SUBDIVISION
ADDITION NO. 1 AND ADDITION NO.
2 PROPERTY OWNERS
ASSOCIATION,

Defendant.

Case No. 3:20-cv-00232-JMK

**DECLARATION OF JOHN SIMS, PRESIDENT OF ENSTAR NATURAL GAS COMPANY, A DIVISION OF SEMCO ENERGY, INC., AND ALASKA PIPELINE COMPANY**

I, JOHN SIMS, declare the following on the basis of personal knowledge to which I am competent to testify.

1. I am the director and president of Alaska Pipeline Company (APC), an Alaska corporation. I am also the president of ENSTAR Natural Gas Company, a division of APC's parent company.

2. APC is a wholly-owned subsidiary of SEMCO Energy, Inc., a Michigan corporation. ENSTAR Natural Gas Company is a division of SEMCO Energy, Inc.

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

DECL. OF JOHN SIMS, PRESIDENT OF ENSTAR NATURAL GAS CO., A DIV. OF
SEMCO ENERGY, INC., & ALASKA PIPELINE CO.
*Alaska Railroad Corp. v. Flying Crown*, Case No. 3:20-cv-00232-JMK

PAGE 1 OF 4

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

3.      APC and ENSTAR provide natural gas to customers throughout Southcentral Alaska. Both are public utilities and they are jointly regulated by the Regulatory Commission of Alaska.

4.      APC was founded in 1959 and owns the approximately 388 linear miles of natural gas transmission pipelines in Southcentral Alaska. These lines run from the Kenai Peninsula to Anchorage, as well as from the Beluga Power Plant to the Mat-Su Valley and on to Anchorage. APC also owns the regulator stations that modulate pressure along the pipelines.

5.      ENSTAR, in turn, owns the distribution system that ties to APC's lines and brings natural gas to over 149,000 customers.

6.      APC holds title to the rights-of-way required for both its transmission pipelines and ENSTAR's distribution system. At several locations, these rights-of-way are within lands subject to easements held by the Alaska Railroad Corporation (the Railroad).

7.      To secure that right to run lines within the Railroad easements, the Railroad has required APC to enter agreements for transportation corridor permits and to pay it rents. At issue in APC and ENSTAR's intervention is Permit 7615, which the Railroad issued under a 20-year term in 1996 and on which the Railroad increased annual permit payments by 246% in 2016.

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

8.      While accounting for less than 1% of APC and ENSTAR's leased pipeline right-of-way acreage, payments to the Railroad under Permit 7615 account for approximately 44% of APC and ENSTAR's annual rental payments.

9.      As a public utility regulated jointly with ENSTAR, the amounts paid by APC for the right to run lines within Railroad easements are ultimately borne by the ratepayers.

10.      In September 2018, APC and ENSTAR met with the Railroad and voiced their objection to the Railroad's permit and rent requirements. Since 2018 APC and ENSTAR have made payments under protest.

11.      APC reiterated its objections to the Railroad in a letter sent by APC's counsel in 2018. APC explained that the Railroad lacks authority over property interests that it asserts it received from the United States when the government did not own the interest in the first place. APC explained that this raised a fundamental question as to the Railroad's right to charge APC for rent for a right-of-way in the Railroad's transportation corridor. *See* Exhibit A, Letter from Benjamin W. Spiess, Landye Bennett Blumstein LLP, to Andrew Donovan, Alaska Railroad Corporation, at 2 (Nov. 13, 2018).

12.      In response, counsel for the Railroad asserted its claim to an exclusive use easement right under the Alaska Railroad Transfer Act (ARTA), a position it indicated it would continue to maintain unless a court were persuaded otherwise. *See*

Exhibit B, Letter from Michael C. Geraghty, Oles Morrison Rinker & Baker LLP, to Adolf Zeman, Jr., Landye Bennett Blumstein LLP, at 8 (Jan. 8, 2019).

13.    To date, APC and ENSTAR have paid approximately $95,800 to the Railroad under protest for the use of land within the Railroad's transportation corridor.

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 16, 2020.

_John D Sims_

_____

JOHN SIMS

Director and President
ALASKA PIPELINE CO.

President
ENSTAR NATURAL GAS CO., A
DIVISION OF SEMCO ENERGY,
INC.

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

DECL. OF JOHN SIMS, PRESIDENT OF ENSTAR NATURAL GAS CO., A DIV. OF
SEMCO ENERGY, INC., & ALASKA PIPELINE CO.
*Alaska Railroad Corp. v. Flying Crown*, Case No. 3:20-cv-00232-JMK

PAGE 4 OF 4