EXHIBIT A TO DECLARATION OF JOHN SIMS



BENJAMIN W. SPIESS
bens@lbblawyers.com
907.868.9237

November 13, 2018

Andrew Donovan
Director, Real Estate
Alaska Railroad Corporation
327 West Ship Creek Ave.
Anchorage, AK 99510-7500

Delivery Via Email to donovana@ARRC.com

Dear Mr. Donovan:

We represent Alaska Pipeline Company ("**APC**"), and this letter is in response to the notice of breach from the Alaska Railroad Corporation ("**ARRC**"), dated October 11, 2018, in which ARRC demanded payment of quarterly rent from APC under the Transportation Corridor Permit, Contract No. 7615, between ARRC and APC (as amended, the "**Permit**"). Terms not otherwise defined have the meanings given in the Permit.

APC is initiating payment of amounts currently owed by APC under the Permit by mail today. However, this payment is delivered to you in protest in light of recent amendments to A.S. 42.40.350(b), effective July 21, 2018.

APC's Gas Pipeline in the Transportation Corridor is a key component of APC's gas-delivery infrastructure in the Anchorage area. The statute raises fundamental questions regarding the parties' legal rights in the Transportation Corridor.

As you know, the statute provides that ARRC "does not have authority over any right, title or interest in property transferred under this subsection that was not vested in the United States at the time of transfer". This raises a question as to what interest is owned by ARRC in the Transportation Corridor, the soundness of APC's rights, and the legal relationship between the parties. After review of applicable statutes and case law, APC has a fundamental question as to whether ARRC has the right to charge APC rent for a right-of-way in the Transportation Corridor. As a result, payment is made to you in protest and subject to determination of legal rights and agreement between the parties.

We would like to schedule a meeting before December 15, 2018 to discuss these matters. In advance of that meeting, we request that you provide APC any information or materials which you would like us to consider to help resolve these issues.



Please let us know if you have questions or would like to discuss.

Sincerely,

LANDYE BENNETT BLUMSTEIN LLP

Ben Spiess

cc: John Sims
John Lau
Moira Smith
Adolf Zeman


421090702