ASHBURN & MASON, P.C.
Donald W. McClintock
Eva R. Gardner
1227 West 9th Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 276-4331
Fax: (907) 277-8235
E-mail: don@anchorlaw.com
E-mail: eva@anchorlaw.com

THOMAS E. MEACHAM, ATTORNEY AT LAW
Thomas E. Meacham
9500 Prospect Drive
Anchorage, Alaska 99507
Telephone (907)346-1077
E-mail: tmeacham@gci.net

Attorneys for Defendant Flying Crown Subdivision Addition No. 1
and Addition No. 2 Property Owners Association

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA RAILROAD CORPORATION., <br><br> Plaintiff, <br><br> v. <br><br> FLYING CROWN SUBDIVISION ADDITION NO. 1 AND ADDITION NO. 2 PROPERTY OWNERS ASSOCIATION, a non-profit corporation; and also, all other Persons or Parties Unknown Claiming a Right, Title, Estate, Lien, or Interest in the Real Estate Described in the Complaint in this Action, <br><br> Defendants. | Case No. 3:20-cv-00232-JMK <br><br><br> **RESPONSE TO MOTION TO STAY DISCOVERY PENDING RESOLUTION OF MOTION FOR SUMMARY JUDGMENT** |

Defendant Flying Crown Subdivision Addition No. 1 and Addition No. 2 Property

Owners Association ("Flying Crown") adopts its Rule 56(d) Motion to Defer or Deny

Plaintiff Alaska Railroad Corporation's ("ARRC") Motion for Summary Judgment and the

arguments set forth therein as it response to ARRC's Motion for Stay. As explained in detail in Flying Crown's pending Rule 56(d) Motion [Docket 21] , which is incorporated here by reference, Flying Crown believes that the proper "resolution" of ARRC's summary judgment motion at this time is for it to be deferred or denied in order to allow the parties to engage in the discovery that is necessary to establish the material facts at issue in ARRC's motion. Accordingly, Flying Crown requests that the parties proceed with a discovery plan as set forth in its 56(d) Motion, which will necessarily address the issue of whether discovery is appropriate at this stage of the case.

DATED this 17th day of December, 2020.

                                Ashburn & Mason, P.C.
                                Co-Counsel for Defendants

                                By:   s/Donald W. McClintock
                                          Donald W. McClintock
                                          Alaska Bar No. 8108061

                                By:   s/Eva R. Gardner
                                            Eva R. Gardner
                                          Alaska Bar No. 1305017

                                Thomas E. Meacham, Attorney at Law
                                Co-Counsel for Defendants

                                By:   s/Thomas E. Meachum
                                          Thomas E. Meacham
                                          Alaska Bar No. 7111032

**RESPONSE TO MOTION TO STAY DISCOVERY**     **PAGE 2 OF 3**
*Alaska Railroad Corp. vs. Flying Crown, Case No. 3:20-cv-00232-JMK*

Case 3:20-cv-00232-JMK   Document 29   Filed 12/17/20   Page 2 of 3

CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2020, I filed a true and correct copy of the foregoing document with the Clerk of Court for the United States District Court – District of Alaska by using the CM/ECF system. All participants in Case No. 3:20-cv-000232-JMK are registered CM/ECF users who will be served by the CM/EFC system.

ASHBURN & MASON, P.C.
By: s/ Heidi A. Wyckoff
     Heidi A. Wyckoff

**RESPONSE TO MOTION TO STAY DISCOVERY**     **PAGE 3 OF 3**
*Alaska Railroad Corp. vs. Flying Crown, Case No. 3:20-cv-00232-JMK*

Case 3:20-cv-00232-JMK    Document 29    Filed 12/17/20    Page 3 of 3