ASHBURN & MASON, P.C.
Donald W. McClintock
Eva R. Gardner
1227 West 9th Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 276-4331
Fax: (907) 277-8235
E-mail: don@anchorlaw.com
E-mail: eva@anchorlaw.com

THOMAS E. MEACHAM, ATTORNEY AT LAW
Thomas E. Meacham
9500 Prospect Drive
Anchorage, Alaska 99507
Telephone (907)346-1077
E-mail:  tmeacham@gci.net

Attorneys for Defendant Flying Crown Subdivision Addition No. 1
and Addition No. 2 Property Owners Association

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA RAILROAD CORPORATION., <br><br> Plaintiff, <br><br> v. <br><br> FLYING CROWN SUBDIVISION ADDITION NO. 1 AND ADDITION NO. 2 PROPERTY OWNERS ASSOCIATION, a non-profit corporation; and also, all other Persons or Parties Unknown Claiming a Right, Title, Estate, Lien, or Interest in the Real Estate Described in the Complaint in this Action, <br><br> Defendants. | **Case No. 3:20-cv-00232-JMK** <br><br><br> **DEFENDANT'S NON-OPPOSITION TO MOTION TO INTERVENE** |

Defendant Flying Crown Subdivision Addition No. 1 and Addition No. 2 Property

Owners Association does not oppose ENSTAR Natural Gas Company, Inc., a division of

SEMCO Energy, Inc. and Alaska Pipeline Company's Motion to Intervene as Defendants or, in the Alternative, to Participate as Amici Curiae [Docket 25].

DATED this 30th day of December, 2020.

Ashburn & Mason, P.C.
Co-Counsel for Defendants

By: s/Donald W. McClintock
Donald W. McClintock
Alaska Bar No. 8108061

By: s/Eva R. Gardner
Eva R. Gardner
Alaska Bar No. 1305017

Thomas E. Meacham, Attorney at Law
Co-Counsel for Defendants

By: s/Thomas E. Meachum
Thomas E. Meacham
Alaska Bar No. 7111032

CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2020, I filed a true and correct copy of the foregoing document with the Clerk of Court for the United States District Court – District of Alaska by using the CM/ECF system. All participants in Case No. 3:20-cv-000232-JMK are registered CM/ECF users who will be served by the CM/EFC system.

ASHBURN & MASON, P.C.
By: s/ Heidi A. Wyckoff
Heidi A. Wyckoff

**NON-OPPOSITION TO MOTION TO INTERVENE** PAGE 2 OF 2
*Alaska Railroad Corp. vs. Flying Crown, Case No. 3:20-cv-00232-JMK*

Case 3:20-cv-00232-JMK   Document 32   Filed 12/30/20   Page 2 of 2