ASHBURN & MASON, P.C.
Donald W. McClintock
Eva R. Gardner
1227 West 9th Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 276-4331
Fax: (907) 277-8235
E-mail: don@anchorlaw.com
E-mail: eva@anchorlaw.com

THOMAS E. MEACHAM, ATTORNEY AT LAW
Thomas E. Meacham
9500 Prospect Drive
Anchorage, Alaska 99507
Telephone (907)346-1077
E-mail: tmeacham@gci.net

Attorneys for Defendant Flying Crown Subdivision Addition No. 1
and Addition No. 2 Property Owners Association

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA RAILROAD CORPORATION., <br><br> Plaintiff, <br><br> v. <br><br> FLYING CROWN SUBDIVISION ADDITION NO. 1 AND ADDITION NO. 2 PROPERTY OWNERS ASSOCIATION, a non-profit corporation; and also, all other Persons or Parties Unknown Claiming a Right, Title, Estate, Lien, or Interest in the Real Estate Described in the Complaint in this Action, <br><br> Defendants. | **Case No. 3:20-cv-00232-JMK** |

## NOTICE OF AUTHORITY REFERENCED AT ORAL ARGUMENT

At oral argument, counsel referenced a statutory provision that allowed Plaintiff to tender

its defense to the United States in the event of a challenge to the validity of a right-of-way conveyed

under ARTA. The citation is 45 USC Sec 1205(b)(4)(B), which reads in relevant part: "If an action is commenced against the State or the United States contesting the validity or existence of a reservation of right-of-way for the use or benefit of the Alaska Railroad made prior to January 14, 1983, the Secretary of the Interior, through the Attorney General, shall appear in and defend such action."

DATED this January 27, 2021.

Ashburn & Mason, P.C.
Co-Counsel for Defendants

By: s/Donald W. McClintock
Donald W. McClintock
Alaska Bar No. 8108061

By: s/Eva R. Gardner
Eva R. Gardner
Alaska Bar No. 1305017

Thomas E. Meacham, Attorney at Law
Co-Counsel for Defendants

By: s/Thomas E. Meacham
Thomas E. Meacham
Alaska Bar No. 7111032

CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2021, I filed a true and correct copy of the foregoing document with the Clerk of Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No. 3:20-cv-000232-JMK who are registered CM/ECF users will be served by the CM/EFC system.

ASHBURN & MASON, P.C.
By: s/Heidi A. Wyckoff
Heidi A. Wyckoff

NOTICE OF AUTHORITY REFERENCED AT ORAL ARGUMENT                                    PAGE 2 OF 2
*Alaska Railroad Corp. vs. Flying Crown*, Case No. 3:20-cv-00232-JMK

Case 3:20-cv-00232-JMK   Document 39   Filed 01/27/21   Page 2 of 2