Thomas E. Meacham, Attorney at Law
9500 Prospect Drive
Anchorage, Alaska 99507
Tel: 907-346-1077
Email: tmeacham@gci.net

*Attorney for Proposed Intervenor-Defendant*
*Matanuska Telephone Association, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA RAILROAD CORPORATION, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| FLYING CROWN SUBDIVISION ADDITION NO. 1 AND ADDITION NO. 2 PROPERTY OWNERS ASSOCIATION, | )<br>)<br>)<br>)<br>) |
| Defendant, | )<br>) |
| and | )<br>) |
| ALASKA PIPELINE COMPANY, and ENSTAR NATURAL GAS COMPANY, a division of SEMCO Energy, Inc. | )    Case No. 3:20-cv-00232-JMK<br>)<br>)<br>)<br>) |
| [Proposed] Intervenor-Defendants, | )<br>)<br>) |
| and | ) |

**ENTRY OF APPEARANCE: [PROPOSED] INTERVENOR-DEFENDANT MATANUSKA TELEPHONE ASSN., INC.**
*Alaska Railroad Corp. v. Flying Crown*, No. 3:20-cv-00232-JMK

|  |  |
|---|---|
| MATANUSKA TELEPHONE ASSOCIATION, INC., | ) ) ) ) |
| [Proposed] Intervenor-Defendant. | ) ) ) |

## ENTRY OF APPEARANCE

Thomas E. Meacham, Attorney at Law, enters his appearance as counsel for proposed Intervenor-Defendant Matanuska Telephone Association, Inc. in the above-captioned litigation.

Counsel's contact information is as follows:

Thomas E. Meacham, Attorney at Law
9500 Prospect Drive
Anchorage, Alaska 99507
Tel: (907) 346-1077
Email:  tmeacham@gci.net

Dated at Anchorage, Alaska this 2nd day of March, 2021.

    /S/ Thomas E. Meacham
Thomas E. Meacham, Attorney at Law
Alaska Bar No. 7111032
Counsel to proposed
Intervenor-Defendant Matanuska
Telephone Association, Inc.

**ENTRY OF APPEARANCE: [PROPOSED] INTERVENOR-DEFENDANT MATANUSKA TELEPHONE ASSN., INC.**
*Alaska Railroad Corp. v. Flying Crown*, No.  3:20-cv-00232-JMK

Page 2 of 3

Case 3:20-cv-00232-JMK   Document 41   Filed 03/02/21   Page 2 of 3

Certificate of Service

I hereby certify that on March 2, 2021, I filed a true, correct and complete copy of the foregoing document with the Clerk of Court for the United States District Court, District of Alaska by using the CM/ECF system  Participants in Case No. 3:20-cv-00232-JMK who are registered CM/ECF users will be served by the CM/ECF system.

Thomas E. Meacham, Attorney at Law
By:  ___/S/ Thomas E. Meacham

**ENTRY OF APPEARANCE: [PROPOSED] INTERVENOR-DEFENDANT MATANUSKA TELEPHONE ASSN., INC.**
*Alaska Railroad Corp. v. Flying Crown*, No. 3:20-cv-00232-JMK

Page 3 of 3

Case 3:20-cv-00232-JMK   Document 41   Filed 03/02/21   Page 3 of 3