Thomas E. Meacham, Attorney at Law
9500 Prospect Drive
Anchorage, Alaska 99507
Tel: 907-346-1077
Email: tmeacham@gci.net

*Attorney for Proposed Intervenor-Defendant*
*Matanuska Telephone Association, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA RAILROAD CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| FLYING CROWN SUBDIVISION ) | |
| ADDITION NO. 1 AND ADDITION ) | |
| NO. 2 PROPERTY OWNERS ) | |
| ASSOCIATION, ) | |
| ) | Case No. 3:20-cv-00232-JMK |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| ALASKA PIPELINE COMPANY, ) | |
| and ENSTAR NATURAL GAS ) | |
| COMPANY, a division of SEMCO ) | **[PROPOSED] ORDER** |
| Energy, Inc. ) | **GRANTING MOTION OF** |
| ) | **INTERVENOR-DEFENDANT** |
| [Proposed] ) | **APPLICANT MATANUSKA** |
| Intervenor-Defendants, ) | **TELEPHONE ASSOCIATION,** |
| ) | **INC. TO INTERVENE AS OF RIGHT** |

**[PROPOSED] ORDER  GRANTING MTA's MOTION
TO INTERVENE AS OF RIGHT**
*Alaska Railroad Corp. v. Flying Crown*, No. 3:20-cv-00232-JMK

Page 1 of 3

|                                    | )  |
|---|---|
| and                                | ) |
|                                    | ) |
| MATANUSKA TELEPHONE                | ) |
| ASSOCIATION, INC.,                 | ) |
|                                    | ) |
| [Proposed]                         | ) |
| Intervenor-Defendant.              | ) |

THIS MATTER having come before the Court on the Motion to Intervene as of Right or by Permission of Intervenor-Defendant Applicant Matanuska Telephone Association, Inc (MTA), and the Court having reviewed and considered:

1. The Motion to Intervene as of Right or by Permission of Intervenor-Defendant Applicant MTA, the attached Memorandum of Law, Declaration of Eric Anderson and accompanying Exhibits A through G, and the proposed Answer in Intervention of MTA;

2. Opposition briefs, declarations and exhibits, if any;

3. Reply brief of MTA, reply declaration and exhibits, if any;

and the Court being otherwise fully advised, it is hereby:

ORDERED and ADJUDGED that Intervenor-Defendant Applicant MTA's Motion to Intervene as of Right is GRANTED.

DATED this _____ day of March, 2021

By: _____
Hon. Joshua M. Kindred
United States District Court

**[PROPOSED] ORDER GRANTING MTA's MOTION
TO INTERVENE AS OF RIGHT**
*Alaska Railroad Corp. v. Flying Crown*, No. 3:20-cv-00232-JMK

Page 2 of 3

Presented by:

Thomas E. Meacham, Attorney at Law
9500 Prospect Drive
Anchorage, Alaska 99507
Phone: (907) 346-1077
Email: tmeacham@gci.net
Attorney for Matanuska Telephone Association, Inc.

Certificate of Service

I hereby certify that on March 2, 2021, I filed a true, correct and complete copy of the foregoing [Proposed] Order with the Clerk of Court for the United States District Court, District of Alaska by using the CM/ECF system. Participants in Case No. 3:20-cv-00232-JMK who are registered CM/ECF users will be served by the CM/ECF system.

By: __/S/ Thomas E. Meacham_____
Thomas E. Meacham, Attorney at Law
Alaska Bar No. 7111032

**[PROPOSED] ORDER  GRANTING MTA's MOTION
TO INTERVENE AS OF RIGHT**
*Alaska Railroad Corp. v. Flying Crown*, No.  3:20-cv-00232-JMK

Page 3 of 3