Robert P. Owens
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650

Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorney for Proposed Intervenor-Defendant Municipality of Anchorage

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA RAILROAD CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| FLYING CROWN SUBDIVISION ADDITION NO. 1 AND ADDITION NO. 2 PROPERTY OWNERS ASSOCIATION, | ) ) ) ) |
| Defendant. | ) ) |
| and | ) ) |
| Municipality of Anchorage, | ) ) |
| [Proposed] Intervenor-Defendant | ) ) ) ) Case No. 3:20-cv-00232-JMK |

## (PROPOSED) ORDER ON MOTION TO INTERVENE BY MUNICIPALITY OF ANCHORAGE

The Municipality of Anchorage (MOA) has moved this Court to participate in these proceedings as Intervenor-Defendant pursuant to Rule 24, FRCP. MOA notes that it owns property adjacent to, and occasionally surrounding, the railroad transportation corridor

subject to ARRC's easements. MOA also owns and operates utility infrastructure including but not limited to water transmission lines which run within ARRC's easements. As a landowner adjacent to the railroad transportation corridor and utility user of the corridor, the legal questions in this case have potential direct precedential implications for MOA. In addition, MOA is a local government landowner and transportation corridor user representing the general public interest impacted by the legal questions at issue in these proceedings.

The Court has considered the points and authorities submitted by MOA, the submissions by other interested parties and the objections, if any, filed by Plaintiff, and concludes that MOA meets the criteria to intervene as a matter of right because it claims an interest relating to the property that is the subject of this action, and is so situated that disposing of the action may as a practical matter impair or impede its ability to protect its interest, including the public interest, and that none of the existing parties adequately represent those interests.

On the basis of the foregoing, MOA may henceforth participate in these proceedings as Intervenor-Defendant and proposed Answer previously filed with the Court shall be accepted as MOA's answer to Plaintiff's complaint.

IT IS SO ORDERED this _____ day of March, 2021, at Anchorage, Alaska.

                                                                      Joshua M. Kindred
                                                                       United States District Judge

(Proposed) Order on Motion to Intervene by Municipality of Anchorage
*ARRC v. Flying Crown Association*; Case No. 3:20-cv-00232-JMK
Page 2 of 3

Certificate of Service
The undersigned hereby certifies that on 03/16/21, a true and correct copy of the foregoing was served on the parties by electronic means through the CM/ECF system:

/s/ Cathi Russell
Cathi Russell, Legal Secretary
Municipal Attorney's Office

(Proposed) Order on Motion to Intervene by Municipality of Anchorage
*ARRC v. Flying Crown Association*; Case No. 3:20-cv-00232-JMK
Page 3 of 3