Robert P. Owens
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650

Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorney for Proposed Intervenor-Defendant Municipality of Anchorage

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA RAILROAD CORPORATION, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| FLYING CROWN SUBDIVISION ADDITION NO. 1 AND ADDITION NO. 2 PROPERTY OWNERS ASSOCIATION, | )<br>)<br>)<br>) |
| Defendant, | )<br>) |
| and | )<br>) |
| MUNICIPALITY OF ANCHORAGE, | )<br>) |
| [Proposed] Intervenor Defendant | )<br>)<br>) Case No. 3:20-cv-00232-JMK |

## DECLARATION OF ROBIN WARD IN SUPPORT OF
## THE MUNICIPALITY OF ANCHORAGE'S MOTION TO INTERVENE

I, ROBIN WARD, declare the following on the basis of personal knowledge to which I am competent to testify.

1. I am the Director of Real Estate for the Municipality of Anchorage.

2. The Municipality of Anchorage owns approximately 80 properties adjacent to the Alaska Railroad Corporation's transportation corridor which subject to railroad right-of-way easements.

3. Most of these properties are located within the city limits of Anchorage but others appear throughout the municipality including in the communities of Girdwood and Chugiak.

4. Municipal properties subject to railroad right-of-way easements have a variety of uses including but not limited to land bank property, public park and recreation property, and municipal utility infrastructure property.

5. Oceanview Park is a municipally owned public park in south Anchorage off Oceanview Drive which is bisected by the railroad transportation corridor.

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 3/15/2021

Robin Ward

Certificate of Service
The undersigned hereby certifies that on 3/16/21, a true and correct copy of the foregoing was served on the parties by electronic means through the CM/ECF system:

/s/ Cathi Russell
Cathi Russell, Legal Secretary
Municipal Attorney's Office

Declaration of Robin Ward ISO MOA's Motion to Intervene
*ARRC v. Flying Crown Association*; Case No. 3:20-cv-00232-JMK
Page 2 of 2