Michael C. Geraghty, ABA#7811097
Email: Geraghty@oles.com
William G. Cason, ABA#2009083
Email: Cason@oles.com

*Attorneys for Alaska Railroad Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA RAILROAD CORPORATION,<br><br>                Plaintiff,<br><br>    v.<br><br>FLYING CROWN SUBDIVISION ADDITION NO. 1 AND ADDITION NO. 2 PROPERTY OWNERS ASSOCIATION, A NON-PROFIT; and also all other Persons or Parties Unknown Claiming a Right, Title, Estate, Lien, or Interest in the Real Estate Described in the Complaint in this Action,<br><br>                Defendant. | Case No. 3:20-cv-00232-JMK |

### ALASKA RAILROAD CORPORATION'S NOTICE OF NON-OPPOSITION TO THE MUNICIPALITY OF ANCHORAGE'S MOTION TO INTERVENE AS A DEFENDANT

Plaintiff Alaska Railroad Corporation ("ARRC") received the Municipality of Anchorage's ("MOA") Motion to Intervene as Defendants or, in the Alternative, to Participate as Amicus Curiae. (Dkt. No. 47). Considering MOA's status as a government entity and fee owner along portions of ARRC's right-of-way, ARRC recognizes that MOA

**ARRC's NOTICE OF NON-OPPOSITION TO MOA's MOTION TO INTERVENE** - Page 1 of 2
*Alaska Railroad Corporation v. Flying Crown Homeowners' Association*, Case No. 3:20-cv-00232-JMK

Case 3:20-cv-00232-JMK   Document 55   Filed 03/26/21   Page 1 of 2

OLES MORRISON RINKER & BAKER LLP
188 W. Northern Lights Blvd., Suite 1020
Anchorage, Alaska 99503-3985
Tel: (907) 258-0106   Fax: (907) 258-5519

may have an interest in the present litigation which is not adequately represented by the existing parties.

As such, ARRC does not oppose MOA's intervention as a Defendant. However, ARRC requests that MOA be held to the same briefing schedule and discovery orders as Defendant FCHA.

OLES MORRISON RINKER & BAKER LLP
Attorneys for Plaintiff

Dated: March 26, 2021    By:   s/ Michael C. Geraghty
                                Michael C. Geraghty, ABA#7811097
                                William G. Cason, ABA#2009083

CERTIFICATE OF SERVICE
I hereby certify that on March 26, 2021, a copy of the foregoing document was served electronically on the following party(ies):

Donald W. McClintock, III
Eva Rivka Gardner
Thomas E. Meacham
*Attorneys for Flying Crown Subdivision*

Matt Mead
David A. Wilkinson
*Attorneys for ENSTAR Natural Gas Company, a division of SEMCO Energy, Inc., and Alaska Pipeline Company*

Thomas E. Meacham
*Attorney for Proposed Intervenor-Defendant Matanuska Telephone Association, Inc.*

Robert P. Owen
*Attorney for Proposed Intervenor-Defendant Municipality of Anchorage*

OLES MORRISON RINKER & BAKER LLP

s/ Michael C. Geraghty

4831-2495-2502, v. 11

ARRC's NOTICE OF NON-OPPOSITION TO MOA's MOTION TO INTERVENE - Page 2 of 2
*Alaska Railroad Corporation v. Flying Crown Homeowners' Association*, Case No. 3:20-cv-00232-JMK

Case 3:20-cv-00232-JMK   Document 55   Filed 03/26/21   Page 2 of 2