IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA RAILROAD CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>FLYING CROWN SUBDIVISION ADDITION NO. 1 AND ADDITION NO. 2 PROPERTY OWNERS ASSOCIATION,<br><br>    Defendant,<br><br>MUNICIPALITY OF ANCHORAGE,<br><br>    Intervenor-Defendant. | Case No. 3:20-cv-00232-JMK<br><br>**ORDER RE<br>MOTION TO INTERVENE** |

       Before the Court at Docket 47 is a Motion of the Municipality of Anchorage to Intervene as Defendants or, in the Alternative, to Participate as Amici Curiae pursuant to Rule 24 of the Federal Rules of Civil Procedure. The Municipality of Anchorage filed a supporting memorandum at Docket 48 and a proposed Answer at Docket 50. Plaintiff Alaska Railroad Corporation filed a response of non-opposition to the motion at Docket 55.

       The Court finds that as a landowner adjacent to the railroad transportation corridor, the Municipality of Anchorage meets the criteria to intervene as a matter of right because it claims an interest relating to the property that is the subject of this action, is so

situated that disposing of the action may as a practical matter impair or impede its ability to protect its interests, including the public interest, and that none of the existing parties adequately represent those interests.

Good cause being shown, IT IS ORDERED THAT the Municipality of Anchorage's motion is GRANTED. Accordingly, the Municipality of Anchorage is directed to file a clean copy of its Answer within seven (7) days of this Order. The case caption is amended as set forth above.

IT IS SO ORDERED this 9th day of June, 2021, at Anchorage, Alaska.

*/s/ Joshua M. Kindred*
JOSHUA M. KINDRED
United States District Judge