IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA RAILROAD CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>FLYING CROWN SUBDIVISION ADDITION NO. 1 AND ADDITION NO. 2 PROPERTY OWNERS ASSOCIATION,<br><br>    Defendant,<br><br>MUNICIPALITY OF ANCHORAGE,<br><br>    Intervenor-Defendant. | Case No. 3:20-cv-00232-JMK<br><br>**ORDER** |

Upon due consideration of Plaintiff's Motion for Leave to File Sur-Reply or, in the Alternative, to Strike Late-Filed brief, filed at Docket 98, the motion is GRANTED in Part, and DENIED, in Part.

IT IS HEREBY ORDERED that Matanuska Telephone Association, Inc.'s *Amicus Curiae* Brief filed at Docket 97 is accepted. Plaintiff may file a sur-reply thereto within seven (7) days from the date of this order.

IT IS SO ORDERED this 3rd day of November, 2021, at Anchorage, Alaska.

                                                                                      */s/ Joshua M. Kindred*
                                                                                     JOSHUA M. KINDRED
                                                                      United States District Judge