# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

## TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # __22-35573__   U.S. District Court # __3:20-cv-00232-JMK__

Short Case Title __Alaska Railroad Corp. v. Flying Crown Subdivision Addition No. 1 & No. 2__

Date Notice of Appeal Filed by Clerk of District Court __July 22, 2022__

**Section A - To Be completed by Party Ordering Transcript**

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 1/27/2021 | R. Joy Stancel | VOIR DIRE |
| 11/30/2021 | R. Joy Stancel | OPENING STATEMENTS |
| 12/15/2021 | R. Joy Stancel | SETTLEMENT INSTRUCTIONS |
|  |  | CLOSING ARGUMENTS |
|  |  | JURY INSTRUCTIONS |
|  |  | PRE-TRIAL PROCEEDINGS |
|  |  | OTHER |

*(Attach Additional Page for Designations if Necessary)*

( x )  As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. *I am filing a completed USDCA-435, Transcript Order Form, in addition to this designation for purposes of ordering the transcript(s)*.

( )  I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( )  I do not intend to designate any portion of the transcript and will notify counsel of this intention.

( )  As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered __8/17/2022__   Estimated Date for Completion _____

Signature of Attorney __s/Eva R. Gardner__   Phone Number __907-276-4331__

Address __Ashburn & Mason, P.C., 1227 West 9th Avenue, Suite 200, Anchorage, AK 99501__

**Section B - To Be Completed by Court Reporter**

I, _____ , have received this designation.
(Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

Approximate Number of Pages _____   Due Date _____

**Section C - To Be Completed by Court Reporter**

Date Transcript Filed _____   Court Reporter's Signature _____

(Trscrpt.des)

USDCA - Form 46 (revised 10/04)